IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

EDWARD HAFFNER

  Plaintiff,

v.

SAFEWAY, INC., a Delaware corporation; DAVID SHAW; JANE DOE and JOHN DOE, individuals employed in the Safeway Pharmacy.

  Defendants.

---

## NOTICE OF REMOVAL

---

 Defendant Safeway, Inc. ("Safeway" or "Defendant") by and through its counsel, Kevin E. O'Brien and S. Jane Mitchell, of Hall & Evans, L.L.C., hereby gives Notice of Removal pursuant to 28 U.S.C. §1332 *et. seq.*, 28 U.S.C. §1441 *et. seq.*, and 28 U.S.C. §1446 *et. seq.* and states as follows:

 1. This matter is currently pending in the District Court for Adams County, Colorado, under case number 2013-CV-32475. [*See* Plaintiff's First Amended Complaint, attached as **Exhibit A** and Adams County District Court file documents, attached as **Exhibits B** through **I**]

 2. According to the allegations in the First Amended Complaint, Plaintiff alleges that Safeway was the manufacturer of a defective medication sold to Plaintiff that caused him injuries; that Safeway was negligent in providing Plaintiff with a medication different than the one prescribed; that Safeway was negligent in hiring and supervising its employees; and that Safeway is vicariously liable for the negligence of its employees. [*See generally*, Exhibit A.]

3.   As part of an August 22, 2013 settlement letter to Defendant, Plaintiff claims to have incurred medical bills totaling $161,875 as a result of his alleged injuries. [*See* Exhibit J, excerpt of letter]  Also as part of the August 22, 2013 settlement letter, Plaintiff indicated a willingness to settle the case for an amount significantly greater than his medical bills. *See McPhail v. Deere & Co.,* 529 F.3d 947, 956 (10th Cir. 2008) (use of settlement offer while not permissible at trial to establish liability is permissible evidence for a District Court to consider a jurisdictional question.)

4.   According to the First Amended Complaint, Plaintiff seeks damages for economic, non-economic, and physical impairment allegedly due to permanent injuries, pain and suffering, and attorneys' fees, costs and interest.   The amount in controversy is in excess of the jurisdictional limit.

5.   Plaintiff's First Amended Complaint was served on Defendant Safeway, Inc. on or about December 23, 2013.  [*See* **Exhibit F**]

6.   According to the allegations of the First Amended Complaint, Plaintiff is a resident of Colorado. [*See* First Amended Complaint, Exhibit A, ¶ 5.]

7.   Defendant is a Delaware corporation with its principal place of business in Pleasanton, California. [*See*  First Amended Complaint, Exhibit A, ¶ 1.]

8.   As a Defendant to the First Amended Complaint, Plaintiff included "David Shaw", a pharmacist employed by Safeway Store No. 2917 in Brighton, Colorado. [*See*  First Amended Complaint, Exhibit A, ¶¶ 3-4.]   On January 21, 2014, Defendant David Shaw was dismissed. [*See* **Exhibit I**]

9.   In addition, as Defendants to the First Amended Complaint, Plaintiff included "Jane Doe and John Doe, individuals employed in the Safeway Pharmacy" [*See generally*, First Amended Complaint, Exhibit A.]  Presently, the true identities of "Jane Doe and John Doe" are unknown, however, it is presumed that "Jane Doe and John Doe" are Colorado-resident employees of Defendant.  The presence of "Jane Doe and John Doe" as Defendants does not inhibit removal as the citizenship of the unknown party is to be disregarded until his/her identity can be determined.  *See McPhail v. Deere & Co.*, 529 F.3d 947, 951 (10th Cir. 2008).

10. The ground for removal of this matter is diversity of citizenship between the parties, pursuant to 28 U.S.C. § 1332.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the District Court for Adams County and Plaintiff is being served with a copy of this Notice of Removal.  [*See* Notice of Filing of Notice of Removal, attached as **Exhibit K**.]

WHEREFORE, Defendant Safeway, Inc. requests: the removal of this case from the District Court for Adams County; that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action; and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Dated this 22nd day of January, 2014.

Respectfully submitted,

*/s/ S. Jane Mitchell*

_____
Kevin E. O'Brien, #10389
S. Jane Mitchell, #24444
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202-2052
Telephone: (303) 628-3300

3

**ATTORNEYS FOR DEFENDANT
SAFEWAY, INC.**

Defendant's Address:
5918 Stoneridge Mall Rd.
Pleasanton , CA 94588-3229

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January 2014, I E-mailed a true and

correct copy of the foregoing **NOTICE OF REMOVAL** via e-mail to:

newcases@cod.uscourts.gov and also served a true and correct copy of the foregoing via U.S.

Mail to the following:


John Case
Kari Jones
Benson & Case, LLP
1660 S. Albion Street, Suite 1100
Denver, CO   80222
*Attorneys for the Plaintiffs*


Courtesy Copy:
Clerk of the District Court                    (Electronically Filed)
Adams County

*Original signature on file at the
offices of Hall & Evans, L.L.C.*

_____
/s/ Susan C. Lowery